JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAREL, INC., a Kansas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EIMSKIP USA LOGISTICS, INC., a Virginia Corporation; EIMSKIPAFELAG ISLAND HF, an Icelandic Corporation; BRADSHAW TRUCKING, INC., a California Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00505-RAO<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the above entitled matter, in its entirety, be and is hereby dismissed with prejudice.

Each party to bear its own costs and attorney's fees.

Dated: December 21, 2023   By: _____
Honorable Rozella A. Oliver
United States Magistrate Judge